IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| CARLOS VILLANUEVA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:23-CV-00206 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| AZIMJON TALIBOJANOVICH | § | |
| SAKSANOV and SUCCESSOR, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ACKNOWLEDGMENT OF DISMISSAL

Plaintiff Carlos Villanueva and Defendant Azimjon Talibojanovich Saksanov (collectively, the "Parties") have filed a Stipulation of Dismissal [Dkt. 16] pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties notify the Court that Defendant Successor, Inc. has not made an appearance in this matter, but state that the case was mediated on June 6, 2024 which result in a resolution. The Parties now move stipulate to the dismissal of the entire suit, including all claims and Parties. Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, effective the date of the Parties' dismissal. Each Party shall bear its own attorneys' fees and costs.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT.**

**SIGNED this 27th day of August, 2024.**

Michael J. Truncale
United States District Judge